**IN THE UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

IN RE:                                                CASE NO. 17-90616

Shane J. Henkelman;                                   CHAPTER 7
Jamie L. Henkelman
fka Jamie L. Miller;                                  JUDGE Mary P. Gorman

Debtor(s).

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Now comes Home Point Financial f/k/a Stonegate Mortgage Corporation, secured creditor herein, by and through its attorneys, ANSELMO LINDBERG OLIVER LLC, and moves for entry of the attached Order Granting Relief from the Automatic Stay and in support thereof respectfully states as follows:

1.     This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and the general orders of the Central District of Illinois.

2.     Venue is fixed in this Court pursuant to 28 U.S.C. § 1409.

3.     This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

4.     The debtors filed a petition for relief under Chapter 7 on May 31, 2017.

5.     Home Point Financial f/k/a Stonegate Mortgage Corporation holds a mortgage secured by a lien on debtors' real estate commonly known as 611 Sherwood Dr., Saint Joseph, Illinois, 61873.

6.     There is no equity in the property as the value is $178,187.82 (per Schedule A/B) and the total payoff amount is $177,042.41. After the homestead exemptions and costs of sale, there would be no funds left to administer to the estate (See Attached Equity Analysis).

7.     Per the statement of intentions, the property is being surrendered.

8.    Due to the debtors surrendering the property to the creditor and the failure of the debtors to make timely payments, there is cause for the automatic stay to be modified as to the movant pursuant to 11 U.S.C. § 362(d)(1).

9.    The property is not necessary to an effective reorganization.

10.   The movant requests the Court order that Rule 4001(a)(3) is not applicable.

    **WHEREFORE**, Movant prays for an entry of the attached Order Granting Relief from the Automatic Stay and for such further relief as this Court deems proper.

                                        Home Point Financial f/k/a Stonegate
                                        Mortgage Corporation

                                        /s/ Nisha Parikh

Anselmo Lindberg Oliver
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
bankruptcy@ALOLawGroup.com
Firm File Number: B17060063
This law firm is deemed to be a debt collector.

**IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

IN RE:                                              CASE NO. 17-90616

Shane J. Henkelman;                                 CHAPTER 7
Jamie L. Henkelman
fka Jamie L. Miller;                                JUDGE Mary P. Gorman

Debtor(s).

**EXHIBIT SUMMARY AND CERTIFICATE OF SERVICE**

The following exhibits in reference to the MOTION FOR RELIEF FROM
AUTOMATIC STAY filed by Home Point Financial f/k/a Stonegate Mortgage Corporation are
available upon request. Movant will bring exhibits to any scheduled Court hearings on this
matter.

1. Mortgage signed by Shane J. Henkelman and Jamie L. Henkelman on October 1, 2015 and recorded on October 2, 2015 as document number 2015R19169.
2. Note signed by Shane J. Henkelman on October 1, 2015.
3. Assignment of Mortgage recorded June 28, 2017 as document number 2017R11577.
4. Equity Analysis Worksheet.
5. Merger Documents.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 27, 2017, a copy of the foregoing Motion for Relief from Automatic
Stay was served on the following registered ECF participants, **electronically through the
court's ECF System** at the email address registered with the court:

Robert P. Follmer, Debtor's Counsel
Kristin Wilson, Trustee
United States Trustee

And on the following by **first-class U.S. Mail** addressed to:

Shane J. Henkelman, PO Box 975, Saint Joseph, IL  61873

Jamie L. Henkelman fka Jamie L. Miller, 611 Sherwood Dr., Saint Joseph, IL  61873

   /s/ Thomas Girard